IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Plaintiff, | **8:16CV540** |
| vs. | **ORDER** |
| LUELLA P. DUNLAP, MELISSA K. EASTON,  KUNCL FUNERAL HOME, INC., and JOHN D. PROKOP, individually and as Special Administrator of the; | |
| Defendants. | |

This matter is before the Court on Plaintiff's Unopposed Motion for Leave to Deposit Funds and for Discharge.  (Filing No. 17.)  Having considered the matter, and upon the representation that this motion is unopposed,

IT IS ORDERED:

1.      Plaintiff's Unopposed Motion for Leave to Deposit Funds and for Discharge (Filing No. 17) is granted.

2.      Plaintiff may deposit a check in the amount of $70,000.00 with the Clerk of the Court for the United States District Court for the District of Nebraska.

3.      The Clerk is directed to deposit the aforementioned funds into an interest-bearing account until further order of this Court pursuant to 28 U.S.C. § 2041 and NECivR 67.1.

4.      Plaintiff is discharged from any further liability to Defendants upon payment of interpleaded funds totaling $70,000.00.

Dated this 6th day of February, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge