# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | ) ) ) | 8:16CV540 |
| Plaintiff, | ) ) ) | **AMENDED ORDER** |
| vs. | ) | |
| LUELLA P. DUNLAP, MELISSA K. EASTON, KUNCL FUNERAL HOME, INC., and JOHN D. PROKOP, individually and as Special Administrator of the; | ) ) ) ) ) | |
| Defendants. | ) | |

Plaintiff's counsel has advised that the amount of funds to be deposited with the Court, with the inclusion of interest, is $72,380.66. Therefore, the Court's order of February 6, 2017, is amended as follows:

1. Plaintiff may deposit a check in the amount of $72,380.66 with the Clerk of the Court for the United States District Court for the District of Nebraska.

2. The Clerk is directed to deposit the aforementioned funds into an interest-bearing account until further order of this Court pursuant to 28 U.S.C. § 2041 and NECivR 67.1.

3. Plaintiff is discharged from any further liability to Defendants upon payment of interpleaded funds totaling $72,380.66.

Dated this 13th day of February, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge