IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  vs.<br><br>MELISSA K. EASTON, KUNCL FUNERAL HOME, INC., and JOHN D. PROKOP, individually and as Special Administrator of the;<br><br>    Defendants. | **8:16CV540**<br><br>ORDER TO SHOW CAUSE |

The Court's records show the Office of the Clerk of Court sent a notice on May 18, 2017 ([Filing No. 22](#)), to Lyle J. Koenig by electronic filing. The notice directed the attorney to pay the 2017/2018 attorney assessment fee, as required by NEGenR 1.7(h), within fifteen days. As of the close of business on July 13, 2017, the attorney had not complied with the request set forth in the notice from the Office of the Clerk.

**IT IS ORDERED:**

**On or before July 27, 2017**, attorney Lyle J. Koenig, shall pay the assessment or show cause by written affidavit why he cannot comply with the rules of the Court. Failure to comply with this order will result in the Court removing Lyle J. Koenig as counsel of record for the Defendant.

Dated this 14th day of July, 2017.

              BY THE COURT:

              s/ Susan M. Bazis
              United States Magistrate Judge