IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MELISSA K. EASTON, KUNCL FUNERAL HOME, INC., and JOHN D. PROKOP, individually and as Special Administrator of the estate of Larry L. Prokop;<br><br>Defendants,<br><br>LUELLA P. DUNLAP,<br><br>Defaulted Defendant. | 8:16CV540<br><br>DEFAULT JUDGMENT |

Pursuant to the Memorandum and Order entered July 13, 2017, default judgment is hereby entered against Luella P. Dunlap and in favor of defendants Melissa Easton and John Prokop in the amount of $72,380.66 plus accrued interest.

Dated this 6th day of September, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge