IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    vs.<br><br>MELISSA K. EASTON, KUNCL FUNERAL HOME, INC., and JOHN D. PROKOP, individually and as Special Administrator of the estate of Larry L. Prokop;<br><br>    Defendants,<br><br>LUELLA P. DUNLAP,<br><br>    Defaulted Defendant. | 8:16CV540<br><br>ORDER |

Under date of July 13, 2017, this Court granted Defendants Melissa Easton and John D. Prokop's Motion for Default, and entered judgment in their favor in the amount of $72,380.66, plus accrued interest.

The Court hereby orders disbursement jointly to Melissa Easton and John Prokop in the amount of $72,380.66 plus any accrued interest.

Upon receipt of a completed Internal Revenue Service Form W-9 from Melissa Easton and John Prokop, the Clerk shall mail the funds to Defendants' counsel, Lyle Joseph Koenig, at PO Box 159, Beatrice, NE 68310.

Dated this 6th day of September, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge